UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| HERMAN PIERRE (#127202) | CIVIL ACTION |
| VERSUS | |
| LOUISIANA STATE PENITENTIARY, ET AL. | NO.: 3:13-cv-00263-BAJ-SCR |

## RULING AND ORDER

Before the Court is Petitioner's **PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (Doc. 1).** The Magistrate Judge has issued a **REPORT (Doc. 15),** recommending that Petitioner's application for habeas corpus relief be denied, and, further, that the Court deny Petitioner a certificate of appealability, (*id.* at p. 26). Petitioner filed timely objections to the Magistrate Judge's Report. (Doc. 17).

Having carefully considered Petitioner's **MOTION (Doc. 1)** and related filings—including Petitioner's objections—the Court **APPROVES** the Magistrate Judge's **REPORT (Doc. 15)** and **ADOPTS** it as the Court's opinion in this matter. Accordingly, for the reasons explained in the Magistrate Judge's Report (Doc. 15),

**IT IS ORDERED** that Petitioner's **§ 2254 PETITION (Doc. 1)** is **DENIED.**

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED** because Petitioner has failed to "ma[ke] a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

Baton Rouge, Louisiana, this 1st day of October, 2014.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA